UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor,

    Plaintiff,

v.

MADEIRA RESTAURANT INC. d/b/a MADEIRA RESTAURANT, THE WATERFRONT RESTAURANT AND LOUNGE INC. d/b/a AL'S WATERFRONT RESTAURANT & MARINA, and ALBERTINO MILHO, DAVID MILHO and KAREN DASILVA, Individually,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Civil Action No. 1:19-cv-00093-JJM-LDA

## JOINT MOTION FOR ADDITIONAL EXTENSION OF DISCOVERY DEADLINE DUE TO CORONA VIRUS PANDEMIC

The parties, pursuant to Local Rule 7, jointly request that this Court further extend the discovery deadline in this case, which is currently April 30, 2020. The parties have been making substantial progress in coming to a resolution, but more time is still needed. Further, due to the public health crisis of the Coronavirus Pandemic, an extension is needed in order to safely hold in-person depositions if that becomes necessary. The parties have been delaying holding depositions in order to avoid expending those resources while engaging in settlement negotiations. The parties request that the discovery deadline be extended until June 30, 2020.

                                      Respectfully submitted,

Post Office Address:                  Kate S. O'Scannlain
Office of the Solicitor                Solicitor of Labor
J.F.K. Federal Building
Room E-375                              Maia S. Fisher
Boston, MA 02203                 Regional Solicitor
Tel. (617) 565-2500

| | |
|---|---|
| Fax (617) 565-2142<br>salzberg.susan@dol.gov<br>MA BBO No. 556437 | */s/ Susan G. Salzberg*<br>Senior Trial Attorney<br><br>United States Department of Labor<br>Attorneys for the Plaintiff |
| The Law Office of<br>James J. Lombardi III Esq.<br>481 Atwood Avenue<br>Cranston, RI 02920<br>Phone: (401) 454-5900<br>lombardilaw@cox.net | */s/ James J. Lombardi III., Esq*<br>Attorney for Defendants |

Date: April 7, 2020