**EXHIBIT 1**

| Last Name | First Name | Back Wages | Liquidated Damages | Total |
|---|---|---:|---:|---:|
| Coelho | Rui | $ 891.30 | $ 891.30 | $ 1,782.60 |
| Martins | Jose Jorge | $ 7,071.34 | $ 7,071.34 | $ 14,142.68 |
| Moniz | Cassandra | $ 485.89 | $ 485.89 | $ 971.78 |
| Pais | Esperanza | $ 1,523.85 | $ 1,523.85 | $ 3,047.70 |
| Rodrigues | Geraldo | $ 891.30 | $ 891.30 | $ 1,782.60 |
| Santos | Carlos | $ 6,223.35 | $ 6,223.35 | $ 12,446.70 |
| Tavares | Jose (Joe) | $ 1,780.41 | $ 1,780.41 | $ 3,560.82 |
| Tipaz | Celso | $ 502.95 | $ 502.95 | $ 1,005.90 |
| Tipaz | Emiliano | $ 183.15 | $ 183.15 | $ 366.30 |
| Tipaz | Ernesto | $ 238.73 | $ 238.73 | $ 477.46 |
| Xiquin | Carlos | $ 207.75 | $ 207.75 | $ 415.50 |
| | | **$ 20,000.00** | **$ 20,000.00** | **$ 40,000.00** |