## CERTIFICATE OF SERVICE

      I hereby certify this document, filed through the ECF system on May 27, 2020, shall be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

      /s/Marianne B. Quinn
U.S. Department of Labor
Office of the Regional Solicitor
JFK Federal Building
Room E-375
Boston, MA  02203
quinn.marianne@dol.gov